UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-4468-DMG (AGRx) | Date | September 14, 2010 |
|---|---|---|---|
| Title | *Const. Laborers Trust Funds for So. Calif. Adm. Co. v. Colmar Construction, Paul D. Marshall* | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   [IN CHAMBERS]
Notice of Bankruptcy Stay with respect to Defendant Paul D. Marshall [Doc. # 9]

　　　Plaintiff has filed a notice that Defendant Paul D. Marshall ("Marshall") has filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court and therefore advises that further proceedings herein are stayed pursuant to 11 U.S.C. § 362(a) with respect to defendant Marshall only.  The complaint, however, alleges that Defendant Colmar Construction ("Colmar"), the only other defendant herein, is a general partnership and that Defendant Marshall is a general partner thereof.  Furthermore, according to the proof of service of the summons and complaint on all defendants [Doc. # 5], Defendant Colmar was served with process by substituted service on Marshall as a general partner of Colmar.

　　　Accordingly, Plaintiff is ORDERED to show cause in writing no later than **September 28, 2010**, why this action should not be stayed as against both defendants pursuant to 11 U.S.C. § 362(a).

　　　IT IS SO ORDERED.